UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In the matter of the complaint of ROBERT BELL, as Owner of the M/V ISLANDER, petitioning for Exoneration from or Limitation of Liability | C.A. No. 1:24-cv-00030<br><br>**IN ADMIRALTY** |

## ORDER DIRECTING ISSUANCE OF NOTICE AND RESTRAINING SUITS

On motion of Lewis Brisbois Bisgaard & Smith, LLP, attorneys for the Plaintiff Robert Bell, it is hereby ORDERED and DECREED:

1. That Plaintiff, as principal, and GEICO Marine Insurance Company, as surety, have stipulated and agreed, for the benefit of all potential claimants asserting claims for damages or injuries sustained as a result of the June 24, 2023 allision of the M/V ISLANDER more fully described in the Verified Complaint filed on January 19, 2024, to post security in an amount not exceeding the sum of interest accruing on the principal amount of $0.00 plus $1,000.00 in security for costs, at the rate of 6% per year from the date of this Order, as set forth in the Stipulation re Security filed on January 19, 2024;

2. That said stipulated security posted by Plaintiff and his surety is hereby deemed to comply with Plaintiff's obligations under Supplemental Rule F(1) of the Federal Rules of Civil Procedure, and Local Admiralty Rule F(1);

3. That a Notice be issued by the Clerk of this Court to all persons asserting claims with respect to which the Verified Complaint seeks limitation, admonishing them to file their respective Claims with the Clerk of this Court in writing and to serve on the attorneys for the Plaintiff a copy thereof, **all on or before March 15, 2024** or be defaulted, and that if any Claimant desires to contest the right to Exoneration from or Limitation of Liability, they shall file and serve on the attorneys for the Plaintiff an Answer to the Complaint so designated, or be defaulted;

4. That said Notice shall be published in The Providence Journal newspaper once per week for four consecutive weeks prior to the date fixed for filing claims, as required by Supplemental Rule F(4) of the Federal Rules of Civil Procedure;

5. That Plaintiff shall also mail copies of said Notice as necessary in accordance with Supplemental Rule F(4) of the Federal Rules of Civil Procedure;

6. That, pursuant to Supplemental Rule F(3) of the Federal Rules of Civil Procedure, any and all lawsuits, causes of action, and claims against Plaintiff and/or his property,

including the M/V ISLANDER, arising from the M/V ISLANDER allision on June 24, 2023 described more fully in the Verified Complaint, except in this civil action, shall cease and are hereby stayed and restrained.

7. That service of this injunctive order may be made by mailing a copy, delivering a copy via a process server, or sending a copy via electronic mail (e-mail), to the persons and/or entities to be restrained or to their respective attorneys.

<u>It is so Ordered</u>.

Dated:

February 6 , 2024

By the Court:

_Mary S. McElroy_