UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In the matter of the complaint of ROBERT BELL, as Owner of the M/V ISLANDER, petitioning for Exoneration from or Limitation of Liability | C.A. No. 1:24-cv-00030<br><br>**IN ADMIRALTY** |

### ENTRY OF CLERK'S DEFAULT FOR NON-APPEARING PARTIES AND NON-ASSERTED CLAIMS

This cause, having come before the undersigned Clerk of Court on the motion by Limitation Plaintiff, Robert Bell, as Owner of the M/V ISLANDER (hereinafter the "Limitation Plaintiff"), by and through counsel, for entry of default against non-appearing parties and non-asserted claims, and having reviewed the record herein, the undersigned finds that:

1. On January 19, 2024, the Limitation Plaintiff filed his Verified Complaint for Exoneration from or Limitation of Liability pursuant to the Limitation of Liability Act. Docket No. 1.

2. On February 06, 2024, this Honorable Court duly entered its Order Directing Issuance of Notice and Restraining Suits, and directed potential claimants to file their claims arising from the allision between the Limitation Plaintiff's vessel, M/V ISLANDER, and submerged rocks in the waters of Narragansett Bay to the east/southeast of Hope Island on or about June 24, 2023 by March 15, 2024 or be defaulted. Docket Nos. 4 and 5.

3. The Order directed the Limitation Plaintiff to publish notice in The Providence Journal newspaper for four consecutive weeks and to mail copies of the notice to each person known to have made or who may make a claim arising out of the allision no later than the second day of the second publication.

4. The Limitation Plaintiff has completed the requirements of the Order by publishing the Notice of Complaint in the Providence Journal for four consecutive weeks, on February 16, 2024; February 23, 2024; March 01, 2024; and March 08, 2024, and by sending the notice to all potential claimants as required by Rule F(4).

5.  The deadline for receipt of claims and answers was March 15, 2024. As of that date, Michelle Ritacco filed a claim and answer. No other claimants filed prior to the March 15, 2024 deadline.

**THEREFORE**, pursuant to this Honorable Court's February 06, 2024 Order and Notice, default is hereby entered against all other non-claiming parties having an interest in this matter who have not yet appeared and as to all non-asserted claims arising from the allision between the Limitation Plaintiff's vessel, M/V ISLANDER, and submerged rocks in the waters of Narragansett Bay to the east/southeast of Hope Island on or about June 24, 2023.

SO ORDERED, this __3rd__ day of __September__, 2024 in Providence, Rhode Island.

Clerk, U.S. District Court for the
District of Rhode Island

C.L. Potter
_____
Deputy Clerk